**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:16 po 04-02**
**1:16 po 04-03**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| | ) | |
| **2)  JAMES HARRISON JENKINS, and** | ) | |
| **3)  TERRY RONALD JENKINS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

     **THIS MATTER** is before the undersigned pursuant to a document filed by the Government entitled "Notice Regarding Potential Trial Dates" (#51).   The undersigned has reviewed the document and has consulted with the Office of the Clerk.   As a result of such consultation, the trial of this matter will be set for March 27, 2017 in the United States Courthouse in Asheville, North Carolina.

## ORDER

     **IT IS, THEREFORE**, **ORDERED** that the trial of the above entitled matter is hereby scheduled for **March 27, 2017 at 9:30 a.m.** in courtroom #1 of the United States Courthouse in Asheville, North Carolina.

Signed: January 26, 2017

Dennis L. Howell
United States Magistrate Judge